IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MARION COUNTY

| | |
|---|---|
| LATINO BUSINESS ALLIANCE; JOSE GONZALES; DALTAZAR MOLINA, <br><br> Plaintiffs, <br><br> vs <br><br> SALEM KEIZER SCHOOL DISTRICT 24J, SHEMIA FAGAN, OREGON SECRETARY OF STATE, <br><br> Defendants. | Case No. 22CV37151 <br><br> SUMMONS |

TO:    Salem Keizer School District 24J
        c/o Christy Perry, Superintendent
        2450 Lancaster Drive NE
        Salem, OR 97305

SUMMONS – Page 1 of 3

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

November 30, 2022

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR  97317
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:        503-362-1375

**SUMMONS** – Page 2 of 3

STATE OF OREGON          )
                         ) ss:
County of Marion         )

I, the undersigned attorney of record for plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled cause.

November 30, 2022

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR  9717
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:       503-362-1375

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service upon a document which you shall attach hereto.

November 30, 2022

/s/ S. Matthew Lind
**S. Matthew Lind, OSB No. 081403**
Lead Trial Attorney for Plaintiff
OlsenDaines
3995 Hagers Grove Road SE
Salem, OR  9717
mlind@olsendaines.com
Telephone: 503-540-6100
Fax:       503-362-1375

**SUMMONS** – Page 3 of 3

1
2
3
4
5
6

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

7

FOR MARION COUNTY

8
9

LATINO BUSINESS ALLIANCE; JOSE
GONZALES; DALTAZAR MOLINA,

    Case No. 22CV37151

    COMPLAINT PURSUANT TO 42 USC §
    1983 FOR DECLARATORY RELIEF
    AND INJUNCTION

            Plaintiffs,

    vs.

SALEM KEIZER SCHOOL DISTRICT
24J, SHEMIA FAGAN, OREGON
SECRETARY OF STATE,

            Defendants.

      Plaintiffs bring this action pursuant to 42 USC § 1983:

PARTIES

1.

      Plaintiffs are Hispanic residents, voters, and tax payers of Salem Keizer

School District 24J. Plaintiffs are residents of school board zones 2, 5, and 7.

2.

      The Latino Business Alliance is a Hispanic/Latino organization representing

Hispanic interest in Salem/Keizer school district zones 2, 5, and 7.

3.

**COMPLAINT** – Page 1 of 6

1

2        At all times material herein, the Salem Keizer School District 24J

3   (hereinafter "the district) is the governmental organization providing public

4
    education in for the cities of Salem and Keizer Oregon.
5

6                                    4.

7        Shemia Fagan is the Oregon Secretary of State and is responsible for the

8   supervision of elections to include the election of candidates for school board

9
    directors in the Salem Keizer School District.
10

11                                 FACTS

12                                   5.

13
        The district is administered by a board of seven elected school board
14
    directors that lead the district.  Salem-Keizer School Board is responsible for the
15

16   hiring of the superintendent, adopting the annual budget, and negotiating

17   collective bargaining agreements with District staff.

18

19                                   6.

20

21       The school board directors represent seven zones in the district.  There is

22   one director for each zone. Candidates for school board must live within the zone

23   where they run for election.

24

25                                   7.

26

27       In the current voting structure for board positions, everyone who lives in the

28   Salem-Keizer school district votes on all candidates. This system is called "at-large

**COMPLAINT** – Page 2 of 6

voting" so that elected officials are chosen by the voters of the entire district rather than from separate zones where they live.

8.

Although, pursuant to the 2020 Census, the school board is making changes to the current zones to make sure that each zone has a similar number of people, the current and proposed zones have a disproportionate number of Hispanic/Latino persons. Specifically, Zones 2, 5, and 7 are disproportionately Hispanic/Latino.

9.

The board currently is considering two alternative plans; however, neither of these plans addresses the disproportionate "at-large voting" procedure used by the district to elect school board directors.

10.

Hispanic/Latino population in Zones 2, 5, and 7 is significantly disproportional to white population in these zones.

11.

In zone 2 Hispanic/Latino persons are 15,702 out of 37,630 total (41.7%). In district 5 Hispanic/Latino persons are 14,118 out of a total of 38,093 (37.1%), and in district 7 Hispanic/Latino persons are 14,840 out of a total of 38,153 (38.9%).

**COMPLAINT** – Page 3 of 6

12.

In the district as a whole, Hispanic/Latino persons are 25.5%, but in these three zones they are at or near 40%.

42 USC § 1983 CLAIM

13.

Plaintiffs assert that the system of "at large" voting inhibits or tends to impair Hispanic/Latino voters' ability to elect their preferred candidates and dilutes Hispanic/Latino voting strength in violation of their federal right pursuant to Section 2 of the Voting Rights Act., 52 U.S.C. §10301 (a) (b) (the VRA).

14.

Section 2 of the VRA states, in part: "No voting qualification or prerequisite to voting or standard practice, or procedure shall be imposed or applied by any State or political subdivision in a manner which results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color..,"

15.

Hispanic/Latino persons voting rights are also being violated pursuant to Oregon law. Oregon has adopted its own version of the VRA in ORS 255.406(1) (a) which states:

///

///

**COMPLAINT** – Page 4 of 6

1

2    "A qualifying district election may not be conducted in a manner that
    impairs the ability of members of a protected class to have an equal
3    opportunity to elect candidates of their choice or an equal opportunity
    to influence the outcome of an election as a result of the dilution or
4    abridgment of the rights of electors who are members of that protected
    class."
5

6                          16.

7

8    Hispanic persons living in the aforementioned zones have or will continue to

9  have their voting rights improperly diluted because of the "at-large" method of

10  electing school board directors, in violation of Federal and State law.

11

12    WHEREFORE: Plaintiffs seek a judgment of this court,

13

14    Declaring the "at large" voting method of electing school board directors

15  violates Section 2 of the Voting Rights Act of 1965, as amended (the VRA), as well

16  ORS 255.406 (1) (a), and,

17

18     Entering an order enjoining the Board from employing "at large" voting as a

19  method in future elections and directing the Board and the Secretary of State to

20  administer such elections in a manner that complies with Section 2, of the Voting

21  Rights Act of 1965 and ORS 255.406 (1)(a), and,

22

23

24  ///

25

26  ///

27

28  ///


**COMPLAINT** – Page 5 of 6

1

2      Awarding plaintiff's costs, disbursements, and attorney fees incurred herein

3  pursuant to 42 U.S.C. § 1983.

4

5      For other relief as the Court seems just.

6

7  October 28, 2022                    /s/ James D. Vick
                                       **James D. Vick, OSB No. 72273**
8                                      Trial Attorney, Of Counsel
                                       Olsen Daines, PC
9                                      3995 Hagers Grove Road SE
                                       Salem, Oregon 97317
10                                     Phone 503-540-6100
                                       Fax  503-362-1375
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT** – Page 6 of 6

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR MARION COUNTY

LATINO BUSINESS ALLIANCE; JOSE
GONZALES; DALTAZAR MOLINA,

                    Plaintiffs,

          vs.

SALEM KEIZER SCHOOL DISTRICT
24J, SHEMIA FAGAN, OREGON
SECRETARY OF STATE,

                    Defendants.

Case No. 22CV37151

COMPLAINT PURSUANT TO 42 USC §
1983 FOR DECLARATORY RELIEF
AND INJUNCTION

Plaintiffs bring this action pursuant to 42 USC § 1983:

PARTIES

1.

Plaintiffs are Hispanic residents, voters, and tax payers of Salem Keizer
School District 24J. Plaintiffs are residents of school board zones 2, 5, and 7.

2.

The Latino Business Alliance is a Hispanic/Latino organization representing
Hispanic interest in Salem/Keizer school district zones 2, 5, and 7.

3.

**COMPLAINT** – Page 1 of 6

At all times material herein, the Salem Keizer School District 24J (hereinafter "the district) is the governmental organization providing public education in for the cities of Salem and Keizer Oregon.

4.

Shemia Fagan is the Oregon Secretary of State and is responsible for the supervision of elections to include the election of candidates for school board directors in the Salem Keizer School District.

FACTS

5.

The district is administered by a board of seven elected school board directors that lead the district. Salem-Keizer School Board is responsible for the hiring of the superintendent, adopting the annual budget, and negotiating collective bargaining agreements with District staff.

6.

The school board directors represent seven zones in the district. There is one director for each zone. Candidates for school board must live within the zone where they run for election.

7.

In the current voting structure for board positions, everyone who lives in the Salem-Keizer school district votes on all candidates. This system is called "at-large

**COMPLAINT** – Page 2 of 6

voting" so that elected officials are chosen by the voters of the entire district rather than from separate zones where they live.

8.

Although, pursuant to the 2020 Census, the school board is making changes to the current zones to make sure that each zone has a similar number of people, the current and proposed zones have a disproportionate number of Hispanic/Latino persons. Specifically, Zones 2, 5, and 7 are disproportionately Hispanic/Latino.

9.

The board currently is considering two alternative plans; however, neither of these plans addresses the disproportionate "at-large voting" procedure used by the district to elect school board directors.

10.

Hispanic/Latino population in Zones 2, 5, and 7 is significantly disproportional to white population in these zones.

11.

In zone 2 Hispanic/Latino persons are 15,702 out of 37,630 total (41.7%). In district 5 Hispanic/Latino persons are 14,118 out of a total of 38,093 (37.1%), and in district 7 Hispanic/Latino persons are 14,840 out of a total of 38,153 (38.9%).

**COMPLAINT** – Page 3 of 6

12.

In the district as a whole, Hispanic/Latino persons are 25.5%, but in these three zones they are at or near 40%.

42 USC § 1983 CLAIM

13.

Plaintiffs assert that the system of "at large" voting inhibits or tends to impair Hispanic/Latino voters' ability to elect their preferred candidates and dilutes Hispanic/Latino voting strength in violation of their federal right pursuant to Section 2 of the Voting Rights Act., 52 U.S.C. §10301 (a) (b) (the VRA).

14.

Section 2 of the VRA states, in part: "No voting qualification or prerequisite to voting or standard practice, or procedure shall be imposed or applied by any State or political subdivision in a manner which results in a denial or abridgement of the right of any citizen of the United States to vote on account of race or color..,"

15.

Hispanic/Latino persons voting rights are also being violated pursuant to Oregon law. Oregon has adopted its own version of the VRA in ORS 255.406(1) (a) which states:

///

///

**COMPLAINT** – Page 4 of 6

"A qualifying district election may not be conducted in a manner that impairs the ability of members of a protected class to have an equal opportunity to elect candidates of their choice or an equal opportunity to influence the outcome of an election as a result of the dilution or abridgment of the rights of electors who are members of that protected class."

16.

Hispanic persons living in the aforementioned zones have or will continue to have their voting rights improperly diluted because of the "at-large" method of electing school board directors, in violation of Federal and State law.

WHEREFORE: Plaintiffs seek a judgment of this court,

Declaring the "at large" voting method of electing school board directors violates Section 2 of the Voting Rights Act of 1965, as amended (the VRA), as well ORS 255.406 (1) (a), and,

Entering an order enjoining the Board from employing "at large" voting as a method in future elections and directing the Board and the Secretary of State to administer such elections in a manner that complies with Section 2, of the Voting Rights Act of 1965 and ORS 255.406 (1)(a), and,

///

///

///

**COMPLAINT** – Page 5 of 6

Awarding plaintiff's costs, disbursements, and attorney fees incurred herein pursuant to 42 U.S.C. § 1983.

For other relief as the Court seems just.

October 28, 2022

*/s/ James D. Vick*
**James D. Vick, OSB No. 72273**
Trial Attorney, Of Counsel
Olsen Daines, PC
3995 Hagers Grove Road SE
Salem, Oregon 97317
Phone 503-540-6100
Fax  503-362-1375

**COMPLAINT** – Page 6 of 6

1

2

3

4          IN THE CIRCUIT COURT OF THE STATE OF OREGON

5                    FOR THE COUNTY OF MARION

6    LATINO BUSINESS ALLIANCE; JOSE        )
     GONZALES; DALTAZAR MOLINA,            )    No.    22CV37151
7                                          )
                             Plaintiffs,   )    **ANSWER AND AFFIRMATIVE**
8                                          )    **DEFENSES TO COMPLAINT**
              vs.                          )
9                                          )    **Fee Amount:        $0**
     SALEM KEIZER SCHOOL DISTRICT          )    **Fee Authority:     ORS 20.140**
10   24J, SHEMIA FAGAN, OREGON             )
     SECRETARY OF STATE,                   )
11
12                           Defendants.

13        Defendant Salem Keizer School District 24J ("District") responds to Plaintiffs' Latino

14   Business Alliance; Jose Gonzales; Daltazar Molina's Complaint as follows:

15                                  **PARTIES**

16                                     1.

17        The District lacks knowledge or information sufficient to form a belief as to the truth of the

18   allegations contained in Paragraph 1, and on that basis denies the same.

19                                     2.

20        The District lacks knowledge or information sufficient to form a belief as to the truth of the

21   allegations contained in Paragraph 2, and on that basis denies the same.

22                                     3.

23        The District admits it is a public body and school district that provides public education to

24   eligible students within its jurisdiction.

25                                     4.

26        The District admits Shemia Fagan is the Oregon Secretary of State. The District further

ANSWER AND AFFIRMATIVE DEFENSES:
Latino Business Alliance, et al. v. Salem Keizer School District et al.

GARRETT HEMANN ROBERTSON P. C.
P.O. BOX 749, SALEM, OREGON 97308-0749
STREET ADDRESS: 4895 SKYLINE ROAD S., SALEM OR 97306
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

1    admits that pursuant to ORS 332.118, "[t]he Secretary of State has supervising authority over all

2    elections conducted by school districts . . ."

3                                                    **FACTS**

4                                                        5.

5        The District admits it maintains a board of seven elected school board directors. The District

6    further admits that the District's Board of Directors has many responsibilities, including hiring a

7    superintendent, adopting an annual budget, and approving collective bargaining agreements.

8                                                        6.

9        The District admits that each of the seven board members represents a zone within the

10   District. The District further admits that a candidate for District school board seeking nomination

11   from a zone must be a resident of that zone.

12                                                       7.

13       The District admits that District board member candidates nominated from zones are elected

14   by an at-large process in compliance with Oregon law.

15                                                       8.

16       The District admits that on or around December 14, 2021, the District Board of Directors

17   passed a motion to readjust District zone boundaries to divide the District into zones as nearly equal

18   in population as practicable, in compliance with Oregon law  The District denies it is currently

19   making changes to the zone boundaries approved on or around December 14, 2021. The District

20   lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations

21   contained in Paragraph 8, and on that basis denies the same.

22                                                       9.

23       The District admits that on or around December 14, 2021, the District Board of Directors

24   considered two alternative plans and passed a motion adopting one of the two alternative plans to

25   readjust District zone boundaries to divide the District into zones as nearly equal in population as

26   practicable, in compliance with Oregon law. The District admits the Board of Directors' action on

GARRETT HEMANN ROBERTSON P. C.
P.O. BOX 749, SALEM, OREGON 97308-0749
STREET ADDRESS: 4895 SKYLINE ROAD S., SALEM OR 97306
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

ANSWER AND AFFIRMATIVE DEFENSES:
Latino Business Alliance, et al. v. Salem Keizer School District et al.

1    or around December 14, 2021 did not change the District's at-large election process. The District

2    denies the remaining allegations contained in Paragraph 9.

3                                              10.

4        The District denies Paragraph 10.

5                                              11.

6        Upon information and belief, the District admits that in the 2020 Census, 15,702 out of the

7    37,630 usual residents in Zone 2 self-identified as being of Hispanic, Latino, or Spanish origin,

8    14,118 out of 38,093 usual residents in Zone 5 self-identified as being of Hispanic, Latino, or

9    Spanish origin, and 14,840 out of 38,153 usual residents in Zone 7 self-identified as being of

10   Hispanic, Latino, or Spanish origin. The District denies the remaining allegations contained in

11   Paragraph 11.

12                                             12.

13       Upon information and belief, the District admits that in the 2020 Census, approximately

14   25.5% of usual residents in all of the District's zones self-identified as being of Hispanic, Latino,

15   or Spanish origin. The District further admits that in the 2020 Census, approximately 39.3% of

16   usual residents in the aggregate of Zones 2, 5, and 7 self-identified as being of Hispanic, Latino, or

17   Spanish origin.The District denies the remaining allegations contained in Paragraph 12.

18

19                                   **42 USC 1983 CLAIM**

20                                             13.

21       The District denies Paragraph 13.

22                                             14.

23       The District admits that Paragraph 14 contains an accurate recitation of an excerpt of 52

24   U.S.C. § 10301(a), to which no responsive pleading is required.

25   ///

26   ///

ANSWER AND AFFIRMATIVE DEFENSES:
Latino Business Alliance, et al. v. Salem Keizer School District et al.

GARRETT HEMANN ROBERTSON P.C.
P.O. BOX 749, SALEM, OREGON 97308-0749
STREET ADDRESS:4895 SKYLINE ROADS, SALEM OR 97306
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

GARRETT HEMANN ROBERTSON P.C.
P.O. BOX 749, SALEM, OREGON 97308-0749
STREET ADDRESS: 4895 SKYLINE ROAD S., SALEM OR 97306
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

15.

The District admits that Oregon has its own Voting Rights Act (ORS 244.400 *et seq.*). The District further admits that Paragraph 15 contains an accurate recitation of an excerpt of ORS 255.405(1)(a), to which no responsive pleading is required. The District denies the remaining allegations in Paragraph 15.

16.

The District denies Paragraph 16.

17.

Except as expressly admitted above, the District denies all factual allegations contained in Plaintiffs' Complaint.

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State Ultimate Facts)**

18.

Plaintiffs have failed to state ultimate facts sufficient to constitute a claim.

**SECOND AFFIRMATIVE DEFENSE**

**(Oregon Tort Claims Act)**

19.

Plaintiffs' claims against the District are claims against a local public body and/or the employee of a local public body and, as such, any actions available to Plaintiffs are subject to the conditions, limitations, and immunity set forth in the Oregon Tort Claims Act, ORS 30.272, *et seq.*

**THIRD AFFIRMATIVE DEFENSE**

**(Statute of Limitations)**

20.

Plaintiffs' claims are barred by the appropriate statute of limitations.

///

///

ANSWER AND AFFIRMATIVE DEFENSES:
Latino Business Alliance, et al. v. Salem Keizer School District et al.

1

**FOURTH AFFIRMATIVE DEFENSE**

2

**(Notice)**

3

21.

4

Plaintiffs have failed to satisfy the notice requirements in ORS 255.424.

5

**FIFTH AFFIRMATIVE DEFENSE**

6

**(Exhaustion of Administrative Remedies)**

7

22.

8

Plaintiffs have failed to exhaust their administrative remedies under the Oregon Voting

9

Rights Act.

10

**RESERVATION TO ADD ADDITIONAL AFFIRMATIVE DEFENSES**

11

The District reserves the right to amend this Answer and assert additional affirmative

12

defenses, claims, or counterclaims as discovery proceeds in this case.

13

**PRAYER**

14

WHEREFORE, Defendant District prays:

15

    a.   That all of Plaintiffs' claims against it be dismissed, with prejudice;

16

    b.   That the District be awarded its costs and fees; and

17

    c.   For such other relief as the court deems proper.

18

DATED this 5th day of January, 2023.

19

20

GARRETT HEMANN ROBERTSON P.C.

21

22

*s/ Rebekah R. Jacobson*
Rebekah R. Jacobson

23

(OSB No. 063024)
rjacobson@ghrlawyers.com

24

Elliot R. Field
(OSB No. 175993)

25

efield@ghrlawyers.com
Of Attorneys for Salem-Keizer School District

26

GARRETT HEMANN ROBERTSON P.C.
P.O. BOX 749, SALEM, OREGON 97308-0749
STREET ADDRESS 4895 SKYLINE ROAD S, SALEM OR 97306
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

ANSWER AND AFFIRMATIVE DEFENSES:
Latino Business Alliance, et al. v. Salem Keizer School District et al.

1

## CERTIFICATE OF SERVICE

2

    I hereby certify that I caused to be served the foregoing **ANSWER AND**

3

**AFFIRMATIAVE DEFENSES** on the date indicated below,

4

        [X]    Via First-Class Mail with postage prepaid
        [X]    Via Electronic Filing
        [X]    Via Email

5

        [  ]    Via Hand Delivery
        [  ]    Via Overnight Delivery

6

7

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

8

9

            S. Matthew Lind

10

            Olsen Daines, PC
            3995 Hagers Grove Road SE

11

            P.O. Box 12829
            Salem, OR 97317

12

            *OSB No. 72273*
            *Phone: (503) 540-6100*

13

            *Email: mlind@olsendaines.com*
               *Of Attorneys for Plaintiff*

14

    DATED this 5th day of January, 2023.

15

            GARRETT HEMANN ROBERTSON P.C.

16

17

            *s/ Rebekah R. Jacobson*

18

            Rebekah R. Jacobson
            (OSB No. 063024)

19

            rjacobson@ghrlawyers.com
            Elliot R. Field

20

            (OSB No. 175993)
            efield@ghrlawyers.com

21

        Of Attorneys for Salem-Keizer School District

22

23

24

25

26

GARRETT HEMANN ROBERTSON P.C.
210 WILLAMETTE PROFESSIONAL CENTER
1011 COMMERCIAL STREET N.E.
P.O. BOX 749, SALEM, OREGON 97308-0749
TELEPHONE (503) 581-1501 TELEFAX (503) 581-5891

STATE OF OREGON
Marion County Circuit Court

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MARION
100 High St. NE  Salem Oregon  97301

MAR 01 2023

☆ FILED ☆

Latino Business Alliance; Jose Gonzales;
Daltazar Molina

_____
                                    Plaintiff

v.

Salem Keizer School District 24J; Shemia
Fagan; Oregon Secretary of State
_____
                                    Defendant

Case No: 22CV37151

**LIMITED JUDGMENT OF
DISMISSAL**

**THIS CASE IS DISMISSED** {☐ with ☒ without} prejudice against the following parties:

Oregon Secretary of State

No costs and fees are awarded to any party.

_____        _____
    March 1, 2023                        Daniel J. Wren