Rebekah R. Jacobson, OSB No. 063024
rjacobson@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
PO Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891
    Of Attorneys for Salem-Keizer School District 24J

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LATINO BUSINESS ALLIANCE, JOSE GONZALES, DALTAZAR MOLINA,<br><br>    Plaintiffs,<br><br>vs.<br><br>SALEM KEIZER SCHOOL DISTRICT 24J,<br><br>    Defendant. | No.  6:23-CV-00351-AA<br><br>**STIPULATED NOTICE OF DISMISSAL** |

It is hereby stipulated by the parties that the parties have settled this lawsuit and that the Court may dismiss this lawsuit with prejudice, and without award of costs or attorney fees to either side.

/ / / /

/ / / /

/ / / /

/ / / /

DATED: March 21, 2023

    *s/Rebekah Jacobson*
Rebekah R. Jacobson, OSB No. 063024
rjacobson@ghrlawyers.com
Garrett Hemann Robertson PC
4895 Skyline Road S
Salem OR  97301
Telephone: (503) 581-1501
Facsimile: (503) 581-5891
    Of Attorneys for Defendant

DATED: March 21, 2023

    *s/James Vick*
James D. Vick, OSB No. 722737
jimvick2020@outlook.com
Olsen Daines, PC
3995 Hagers Grove Road SE
P.O. Box 12829
Salem, OR 97317
Phone: (503) 540-6100
    Of Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **STIPULATED NOTICE OF DISMISSAL** on the date indicated below,

[ ]   Via First-Class Mail with postage prepaid
[ ]   Via Facsimile Transmission
[X]   Via Electronic Filing Notice
[X]   Via Email
[ ]   Via Hand Delivery
[ ]   Via Overnight Delivery

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

> James D Vick
> 3317 Augusta National Dr S
> Salem OR  97302
> *OSB No. 722737*
> *Phone: (503) 540-6100*
> *Email: jimvick2020@outlook.com*
>     *Of Attorneys for Plaintiff*

DATED this 21st day of March, 2023.

GARRETT HEMANN ROBERTSON P.C.


*s/ Rebekah R. Jacobson*
———————————————
Rebekah R. Jacobson
(OSB No. 063024)
rjacobson@ghrlawyers.com
Elliot R. Field
(OSB No. 175993)
efield@ghrlawyers.com
Of Attorneys for Defendant Springfield Public Schools