IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LATINO BUSINESS ALLIANCE, *et al*.,

Plaintiffs,

v.

SALEM KEIZER SCHOOL DISTRICT 24J, *et al*.,

Defendants.

Civ. No. 6:23-cv-00351-AA

JUDGMENT

Pursuant to the parties' Stipulated Notice of Dismissal, this action is DISMISSED with prejudice, and without award of costs or attorney fees to any party.

DATED: 3/22/2023

Melissa Aubin, Clerk

By       /s/ C. Kramer
         Deputy Clerk

1 –JUDGMENT